UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CALVIN MATEER,<br><br>       Plaintiff,<br><br>   v.<br><br>JANE A. LAWRENCE, et al.,<br><br>       Defendants. | 1:15-cv-00441-LJO-DLB (PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 9) |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Plaintiff has filed an application to proceed in forma pauperis, and examination of these documents reveals that he is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:   **April 10, 2015**                         /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

1